## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DEBBIE HUGHEY, | : | No. 573 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (ACE AMERICAN INSURANCE | : | |
| COMPANY, ANDORRA WOODS | : | |
| HEALTHCARE CENTER, ESIS | : | |
| NORTHEAST WC CLAIMS, UNINSURED | : | |
| EMPLOYER'S GUARANTY FUND), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 27th day of June, 2018, the Emergency Relief Request, Application for Leave to File Post-Submission Communication, and Petition for Allowance of Appeal are **DENIED**.